JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Zurich American Insurance Company | Case No. EDCV 5:19-CV-01670 JGB (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Mazar Corp | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on August 11, 2020 and the Order filed concurrent herewith, the Motion for Default Judgment against Defendant Mazar Corp is GRANTED.  The Court AWARDS Plaintiff $187,470.00 in damages, $26,794.72 in prejudgment interest, and $605.00 in costs.

Judgment is entered in favor of Plaintiff.

Dated: August 20, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge